

Nathan D. Borris, Esq.
SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

The following constitutes the order of the Court.
Signed: April 8, 2019

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

RHOMMEL D. OKIALDA & ROWENA L. OKIALDA,

Debtors

Case No.: 18-42961
Chapter 13

**ORDER SUSTAINING OBJECTION TO CLAIM OF DIGITAL FEDERAL CREDIT UNION, CLAIM NO. 20**

An objection to the above-described claim was filed and served with notice and opportunity for hearing pursuant to Bankruptcy Local Rules 3007-1 and 9014-1 with due notice given to the claimant that an order sustaining the objection may be entered if no timely opposition and request for hearing were filed within 30 days of service of the objection.

Having considered the objection, the supporting documents and the record, and no timely opposition having been filed, IT IS HEREBY ORDERED that the objection to the above-described claim is SUSTAINED. Claim No. 20 of Creditor Digital Federal Credit Union, a general unsecured claim in the amount of $10,645.94 shall be DISALLOWED in its entirety on account of its late filing pursuant to Federal Rules of Bankruptcy Procedure, Rule 3002(c).

***END OF ORDER***

1

COURT SERVICE LIST

Digital Federal Credit Union
220 Donald Lynch Boulevard
Marlborough, MA 01752