Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Rhommel D Okialda | 18-42961-WJL13 |
| Rowena L Okialda | |

## WITHDRAWAL
## OF
## Motion to Dismiss Case Trustees Motion and Declaration to Dismiss Proceedings and Certificate of Service

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Motion to Dismiss Case Trustees Motion and Declaration to Dismiss Proceedings and Certificate of Service for the above named Chapter 13 Case which was filed on October 23, 2019, same being court docket #45.

Date: October 28, 2019

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In Re: | Chapter 13 Case No: |
|---|---|
| Rhommel D Okialda<br>Rowena L Okialda | 18-42961-WJL13 |

### Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rhommel D Okialda
Rowena L Okialda
17166 Via Valencia
San Lorenzo, CA 94580

(Debtor(s))

Nathan D Borris Atty
1380 A Street
Hayward, CA 94541

(Counsel for Debtor(s))

Date: October 28, 2019

/s/ Vivalda Silveira
Vivalda Silveira